UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY W().<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant | CASE NO. 2:20-cv-04879 (VEB)<br><br>ORDER AWARDING ATTORNEYS' FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) AND COSTS PURSUANT TO 28 U.S.C. §1920 |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys' fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $5,748.84 in attorney's fees as authorized by 28 U.S.C. § 2412, and $0.00 for costs as authorized by 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: December 13, 2021

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE

\#

**Order Awarding EAJA Fees**